**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:21-CV-00196-DJH-RSE**

**JULIE A. BARNES,** *et al.*                                                                 **PLAINTIFFS**

**VS.**

**SAFEZONE SERVICES, LLC,** *et al.*                                                 **DEFENDANTS**

## ORDER

Counsel has advised the Court that the parties independently settled this matter. The parties shall therefore file an agreed order/stipulation of dismissal within thirty (30) days.

**IT IS SO ORDERED.**

Regina S. Edwards, Magistrate Judge
United States District Court

June 27, 2022

Copies:        Counsel of Record